## THIRD DEPARTMENT, JANUARY, 1930.

In the Matter of the Claim of CHAUNCEY CROOK, Respondent, against CLARENCE J. BIGLER and Another, Appellants.

STATE INDUSTRIAL BOARD, Respondent.

PER CURIAM. The accident causing the disability was established by the admission of the employer, and by the proof. As to the written notice of injury by the claimant to his employer, the question is raised for the first time on appeal. No objection was taken at any time during the trial that written notice had not been given. Actual notice of the accident and injury was given to the employer seasonably. We find no reason for disturbing the award. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur. Award affirmed, with costs to the State Industrial Board.

BETTY E. STEWART, Appellant, v. HAROLD P. STEWART, Respondent.

PER CURIAM. The defendant should be required to pay the full amount due under the judgment at the time the order of the Special Term was made. The conduct and attitude of the defendant throughout the entire course of the proceeding has been such that it does not appeal to the discretion of the court in relieving him of his obligations. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur. Order reversed on the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to renew motion at Special Term.

HAROLD MOORE and Another, Respondents, v. DAVID SAYERS and Others, Appellants.

PER CURIAM. Whatever may be proved when the issues in this action are brought to trial, there is nothing in the pleadings and affidavits contained in the record that shows sufficient ground for the exercise of judicial discretion in granting a temporary injunction. (*Reformed P. D. Church* v. *M. A. Building Co.*, 214 N. Y. 268; *McLean* v. *Woolworth Co.*, 204 App. Div. 118; affd., 236 N. Y. 612; *Whitridge* v. *Park*, 100 Misc. 367; affd., on opinion below, 179 App. Div. 884.) Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur. Order reversed on the law and facts, with ten dollars costs and disbursements, and motion for an injunction *pendente lite* denied, with ten dollars costs.